UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL C. JONES

VERSUS

LOUIS R. DANIEL, ET AL

CIVIL ACTION

NO.  10-719-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 29, 2010.  Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint (doc. 1), shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without prejudice to any state law claim.

Baton Rouge, Louisiana, November ___23___, 2010.


BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE  DISTRICT  OF  LOUISIANA